## PEARCE V. BRILLIANT COAL CO.

### *Damages.*

(Decided July 2, 1907.)

APPEAL from Marion Chancery Court.
Heard before Hon. A. H. BENNERS.
DAVIS & FITE, for appellant.
ALEX T. LONDON, for appellee.
Per curiam. Dismissed by agreement.

---

## PENNY V. WALKER, ET AL.

### *Equity.*

(Decided June 6, 1907.)

APPEAL from Lawrence Chancery Court.
Heard before Hon. WILLIAM H. SIMPSON.
LOWE & TIDWELL, for appellant.
W. W. CALLAHAN, for appellee.
Affirmed. Opinion by DOWDELL, J.
TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.